**NATIONAL FUEL GAS MIDSTREAM CORPORATION and NFG Midstream Trout Run, LLC, Respondents**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMEN-TAL PROTECTION, Petitioner**

**Seneca Resources Corporation, Respondent**

v.

**Commonwealth of Pennsylvania, Department of Environmental Protection, Petitioner**

No. 446 MAL 2017
No. 447 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Isaiah BARKER, Petitioner**

**No. 495 MAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Myles RAMZEE, Petitioner**

**No. 432 MAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.